JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shamar Jackson,<br><br>Plaintiff,<br><br>v.<br><br>Alpha Beta Company; and Does 1–10 Defendants. | Case No. CV 2:20-cv-01873-AB-KS<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 27, 2020     _____
                         ANDRÉ BIROTTE JR.
                         UNITED STATES DISTRICT JUDGE

1.