JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMAR JACKSON, | Case No.: 2:20-cv-01873-AB-KS |
| Plaintiff, | *Hon. André Birotte, Jr.* |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| ALPHA BETA COMPANY, a California Corporation; and DOES 1-10, | |
| Defendants. | Action Filed: February 7, 2020<br>Trial Date: Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

//

//

//

**IT IS ORDERED THAT:**

Plaintiff Shamar Jackson's ("Plaintiff") action against Defendant Alpha Beta Company ("Defendants") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: August 28, 2020

Hon. André Birotte, Jr.
United States District Judge
Central District of California